

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2017

No. 04-16-00761-CV

Jana Lee **FLANAGAN** and Lucas Matthew Flanagan,
Appellants

v.

**RBD SAN ANTONIO LP**, Davidson Hotel Company LLC and G4S Secure Solutions,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20044
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The appellants' unopposed first motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to January 8, 2018.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court